IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 04 2019

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Matthew A. Smith
_____, Plaintiff

v.

Canvas Credit Union
_____,

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Matthew A. Smith P.O. Box 350217 Westminster, CO 80035
(Name and complete mailing address)

720-231-9259
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Canvas Credit Union 9990 Park Meadows Dr, Lone Tree, CO 80124
(Name and complete mailing address)

303-691-2345
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☐ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

☑ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Colorado_____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of __Colorado_____ (name of state or foreign nation).

Defendant 1 has its principal place of business in __Colorado_____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Negligence

    Supporting facts: Attached Affidavit.

CLAIM TWO: Discrimination

Supporting facts: Attached Affidavit.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

PSCU/Canvas Credit Union,

    Plaintiff(s)/Petitioner(s),

v.

Matthew A. Smith,

    Defendant(s)/Respondents.

## AFFIDAVIT

As a counter-claim here are the outstanding factors I will present through court I have outstanding legal matters and the fact that I'm going to need to retain counsel on basis of my ADA disability schitzoprenia, debt, income, expenses, and any disparate impact (minority).

Of the 3 cars I was given by Omera Ford (2) and Groove Toyota (1) two were taken back because of my credit and financial situation.

Groove Toyota
5460 S Broadway, Englewood, CO 80113
(303) 800-9063

O'Meara Ford
400 W 104th Ave, Northglenn, CO 80234
(303) 254-5250

There was a Camry from Groove Toyota and a Escape and Taurus from Omera Ford. The Camry and the Taurus were financed to own and the Escape was financed to lease. The Escape and Camry were taken back shortly after underwriting. Omera Ford let me keep the Taurus as it past underwriting by the financier which was the last car I attempted to buy.

2015 Ford Taurus - Reposessed & Re-Sold

- Instance of Predatory Lending

Rev. 1/12

1

- Requested and Denied Modification
- Was Involved In Accident vary temporary financial hardship.
- Filed and Mentioned Bancruptcy
- Had Job and Sufficient Income and the option to rent my vehicle i.e. Fluid and Turo
- Could Afford Refinance Modification although they said I did not fit the criteria by one month/payment
- Bank Reposessed and Sold Vehicle for an unfairly low amount and expects me to pay the loss and difference. They could have just modified the loan to prevent monetary loss and damage to my credit.
- Incured Credit Hit.
- Lost Principal and Interest Paid Tourds Vehicle due to their said Depreciated Value.
- Lost Vehicle.

The Matters of Law I Would Like To Address Are:

Poor risk management

- Negligent Lending
- Negligent Refinancing
- Negligent Monetary Recovery

It has been historically absent in lending relationships Courts long have held that a cause of action founded upon negligence requires a party to demonstrate "the existence of a duty, the breach of which can be consid- ered the proximate cause of the damages suffered by the injured party."

- Negligent Underwriting
- Improvident Lending
- Lender Liability
- Lender Misconduct

These lenders had such fiduciary duties to their borrower.

Discriminatory Modification Process for Minorities by Impact and Treatment

There are 3 types of discrimination in Fair Lending:

Rev. 1/12

2

Overt Discrimination.

Disparate Treatment.

Disparate Impact.

The Equal Credit Opportunity Act (ECOA) and the Fair Housing Act (FHA) protect you against mortgage discrimination when you apply for a home purchase, refinance, or make home improvements.

Mortgage Discrimination and Your Rights Under ECOA
The ECOA prohibits discrimination in any aspect of a credit transaction based on:

race or color;
religion;
national origin;
sex;
marital status;
age (provided the applicant has the capacity to contract);
the applicant's receipt of income derived from any public assistance program; and
the applicant's exercise, in good faith, of any right under the Consumer Credit Protection Act, the umbrella statute that includes ECOA.

_Matthew A. Smith_
Signature
_Matthew A. Smith_
Name
_P.O. Box 350217_
Street Address
_Westminster_    _CO_    _80035_
City              State          Zip Code
_720-231-9259_
Telephone Number

_Matthew A. Smith_
**Signature of Affiant**

Date: _9-3-19_

Rev. 1/12

3

SUBSCRIBED AND SWORN TO BEFORE ME THIS 3rd day of September, 2019

_____
Notary Public

12100 Washington St. Thornton, Co 80241
Address

My commission expires: 01/04/23

```
DAVID SILVA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144045066
MY COMMISSION EXPIRES JANUARY 04, 2023
```

Rev. 1/12

4

E.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

I would like $75,000.00 this includes all damages, losses, + distress.

F.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

9-3-19
_____
(Date)

(Revised December 2017)

James W. Smith
P.O. Box 350219
Westminster, CO 80035

USPS TRACKING NUMBER
9500 1126 5226 9246 3389 94

Federal District Court
Attn: Clerks Office
901 19th St
Denver, CO 80294

U.S. POSTAGE PAID
FCM PKG RTL
NORTHGLENN, CO
80233
SEP 03, 19
AMOUNT
$3.66
R2304N118105-22